PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
E-mail: pcogan@ropers.com, stucker@ropers.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

FILED
CLERK U.S. DISTRICT COURT
FEB 14 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIMOTHY MELTON and LYA DILLARD as TRUSTEES FOR THE 2010 DAISY BISHOP DILLARD INSURANCE TRUST,

Plaintiffs,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and DOES 1 to 10,

Defendants.

Case No. 2:12-cv-00555-SVW-CW

[PROPOSED] ORDER RE STIPULATION TO REMAND

LASC No.: BC475074

**IT IS HEREBY ORDERED** that, pursuant to the parties' STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT (the "Stipulation"), the Stipulation is approved. Based upon the stipulation of the parties, and for good cause shown, the above-captioned action shall be, and hereby is remanded to the Los Angeles County Superior Court. In the event that plaintiffs Timothy Melton and Lya Dillard as Trustees for the 2010 Daisy Bishop Dillard Insurance Trust, individually or jointly, hereafter seek, or attempt to recover, damages in this action in excess of $75,000, excluding costs of suit and interest,

1  defendant Liberty Life Assurance Company of Boston may remove this action to
2  the United States District Court for the Central District of California, pursuant to 28
3  U.S.C. § 1441(b).

4  **IT IS SO ORDERED.**

8  Dated: February 13,  

Hon. Stephen V. Wilson